No. 91–8126.  WICKHAM v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–8128.  AUSTIN v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS.  C. A. 3d Cir.  Certiorari denied.

No. 91–8130.  FANTI v. MITCHELL, ACTING SECRETARY OF THE COMMONWEALTH, ET AL.  Sup. Ct. Pa.  Certiorari denied.

No. 91–8137.  DANDRIDGE v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 91–8140.  ZABRANI v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 91–8141.  ALWINE v. PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 91–8142.  McGEE v. McMACKIN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 91–8143.  COTTON v. PUCKETT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–8144.  DEMPSEY v. MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 91–8146.  SMITH v. KAISER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 91–8152.  PRINCE v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 91–8153.  McINERNEY v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–8154.  PRAYSO v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–8160.  KULKA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 91–8171.  TRENT v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.